# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2015

## NO. 03-13-00283-CV

**J. D. S., Appellant**

**v.**

**Ken Paxton, Attorney General of the State of Texas, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on March 18, 2013. Having reviewed the record, the Court holds that J. D. S. has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.